**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**JOY ZURAFF,**
       **Plaintiff,**

**vs.**                                          **Case No.:  3:25cv2179/MCR/ZCB**

**J. SCOTT DUNCAN,**
       **Defendant.**
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 10, 2025.  (Doc. 5).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii) because the complaint fails to state a plausible claim and seeks relief from an immune defendant.

1

3.      The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 1st day of May 2026.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

2